WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant Jeffrey Lamson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.   2:15-CR-00055-JAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | ) ) | |
| JEFFREY LAMSON, | ) ) | Date:   July 21, 2015 |
| Defendant. | ) ) | Time:   9:15 AM |

With the Court's permission, defendant Jeffrey Lamson and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on July 21, 2015;

2. By this stipulation, defendant now moves to continue the status conference until August 4, 2015 and to exclude time between July 21, 2015 and August 4, 2015 under local code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate that the Court find that counsel for the defendant requires additional time to review the current charges, to conduct investigation and research related to the charges and to discuss the matter with his client.

4. The government does not object to the continuance.

1

5. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. section 3161, et seq., within which the trial date must commence, the time period of July 21, 2015 to August 4, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C. section 3161(h)(7)(A), B(iv) and Local Code T4 because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED:**

DATED: July 16, 2015                         /s/ William J. Portanova
                                             _____
                                             WILLIAM J. PORTANOVA
                                             Attorney for Defendant Jeffrey Lamson

DATED: July 16, 2015                         /s/ Shelley D. Weger
                                             _____
                                             SHELLEY D. WEGER
                                             Assistant United States Attorney

**IT IS SO FOUND AND ORDERED**.

DATED: 7/16/2015                             /s/ John A. Mendez_____
                                             HON. JOHN A. MENDEZ
                                             United States District Court Judge