WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant Jeffrey Lamson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:15-CR-00055-JAM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| JEFFREY LAMSON, | ) | |
| Defendant. | ) | Date:   August 4, 2015<br>Time:   9:15 AM |

With the Court's permission, defendant Jeffrey Lamson and plaintiff United States of America, by and through their undersigned attorneys, hereby stipulate as follows:

1.  By previous order, this matter was set for status conference on August 4, 2015;

2.  By this stipulation, defendant now moves to continue the status conference until August 18, 2015 at 9:15 a.m.;

3.  The parties intend to file an executed plea agreement for this Court's consideration and approval, no later than close of business today, Monday August 3, 2015.  Pursuant to Title 18, United States Code section 3161(h)(1)(G) (the Speedy Trial Act), and Local Code 7, the period of delay resulting from consideration by the court of a proposed plea agreement to be entered into by the

1

defendant and the attorney for the government shall be excluded in computing time within which a trial must commence. Therefore, for purposes of the Speedy Trial Act, the period between August 4, 2015 and August 18, 2015, inclusive, is deemed excludable. 18 U.S.C. § 3161(h)(1)(G), Local Code 7.

4. The government does not object to the continuance.

**IT IS SO STIPULATED:**

DATED: August 3, 2015        /s/ William J. Portanova
                             _____
                             WILLIAM J. PORTANOVA
                             Attorney for Defendant Jeffrey Lamson

DATED: August 3, 2015        /s/ Jean Hobler
                             _____
                             JEAN HOBLER
                             Assistant United States Attorney

**IT IS SO FOUND AND ORDERED**.

DATED: 8/3/2015              /s/ John A. Mendez_____
                             HON. JOHN A. MENDEZ
                             United States District Court Judge