**FILED**
AUG 2 8 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>vs.<br>Jeffrey Lamson | Case No. 2:15-CR-0055 JAM-01 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Jeffrey Lamson_____, have discussed with _____Steven J. Sheehan_____, Pretrial Services Officer, modifications of my release conditions as follows:

Add the following condition of release: You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the **counseling** services based upon your ability to pay, as determined by the pretrial services officer;

Reason for modification: Mr. Lamson expressed a desire to speak with an outpatient mental health counselor to address emotional issues following his change of plea hearing on August 18, 2015.

Pretrial Services concurs with the modification. All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____    8/25/15         _____    8/28/15
Signature of Defendant    Date             Signature of Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____    8/28/2015
Signature of Assistant U.S. Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____    8/26/15
Signature of Defense Counsel    Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___Aug 28, 2015___

☐ The above modification of conditions of release is *not* ordered.

_____                           8/28/2015
Judicial Officer KENDALL J. NEWMAN              Date
U.S. MAGISTRATE JUDGE