1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
3  Sacramento, CA 95814
   Telephone: (916) 444-7900
4  Fax: (916) 444-7998
   Portanova@TheLawOffices.com
5

6  Attorney for Defendant
   JEFFREY LAMSON
7

8

9              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,       )   CASE NO.   2:15-CR-00055-JAM
12                                 )
              Plaintiff,           )
13                                 )   STIPULATION AND ORDER
                                   )   CONTINUING JUDGMENT &
14       v.                        )   SENTENCING
                                   )
15 JEFFREY LAMSON,                 )
                                   )   Date:   12/01/2015
16            Defendant.           )   Time:   9:15 AM
                                   )   Judge:  Hon. John A. Mendez
17 _____ )

18       With the Court's permission, defendant Jeffrey Lamson and plaintiff United States of
19 America, by and through their undersigned attorneys, hereby stipulate as follows:
20       Judgment and sentencing in this matter is presently set for December 01, 2015, at 9:15
21 a.m. Counsel for the defendant requests that this Court continue the date for judgment and
22 sentencing to December 15, 2015, at 9:15 a.m., as counsel for the defendant needs additional
23 time to prepare for sentencing. Assistant U.S. Attorney Shelley D. Weger, and Probation
24 Officer Lynda Moore have been advised of this request and do not object.
25 //

26

27

28
                                        1
          STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT &
                                   SENTENCING

The parties request the Court adopt the following schedule pertaining to the Presentence Report:

| | |
|---|---|
| **Judgment and Sentencing:** | **12/15/15** |
| Reply, or Statement of Non-Opposition: | 12/08/15 |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | 12/01/15 |
| The Presentence Report Shall Be Filed with the Court and Disclosed to Counsel no Later Than: | 11/24/15 |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | 11/17/15 |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than: | 11/03/15 |

**IT IS SO STIPULATED:**

DATED:  October 14, 2015  
 /s/ *William J. Portanova*  
WILLIAM J. PORTANOVA  
Attorney for Defendant Jeffrey Lamson

DATED:  October 14, 2015  
 /s/ *William J. Portanova for*  
SHELLEY D. WEGER  
Assistant United States Attorney

**IT IS SO FOUND AND ORDERED**.

DATED:  10/14/2015  
/s/ John A. Mendez  
HON. JOHN A. MENDEZ  
United States District Court Judge

2  
STIPULATION AND [PROPOSED] ORDER CONTINUING JUDGMENT & SENTENCING