BENJAMIN B. WAGNER
United States Attorney
SHELLEY D. WEGER
JEAN M. HOBLER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
TEL: (916) 554-2700
FAX: (916) 554-2900

**FILED**

DEC 1 5 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JEFFREY LAMSON,<br><br>            Defendant. | 2:15-CR-00055-JAM<br><br>APPLICATION AND ORDER FOR MONEY JUDGMENT |

On August 4, 2014, defendant Jeffrey Lamson entered a guilty plea to Count One of the indictment, which charge him with wire fraud in violation of 18 U.S.C. § 1343.

As part of his plea agreement with the United States, defendant Jeffrey Lamson agreed to forfeit voluntarily and immediately up to $420,543.88 ~~$409,752.74~~, less any forfeited funds, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 1343, to which he has pled guilty. See Defendant Lamson's Plea Agreement ¶ II.F. Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 982(a)(2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Jeffrey Lamson in the amount of $409,752.74.

2. The above-referenced personal forfeiture money judgment is imposed based on

defendant Jeffrey Lamson's conviction for violating 18 U.S.C. § 1343. Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the Department of the Treasury and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the Internal Revenue Service, in its secure custody and control.

DATED: 12/15/15

BENJAMIN B. WAGNER
United States Attorney

/s/ Shelley D. Weger
SHELLEY D. WEGER
Assistant U.S. Attorney

## ORDER

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Jeffrey Lamson in the amount of $409,752.74 [handwritten, replacing stricken $420,543.88]. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the Internal Revenue Service, in its secure custody and control.

IT IS SO ORDERED.

DATED: 12-15-2015

JOHN A. MENDEZ
United States District Judge